**EXHIBIT A**

STATE OF TEXAS                          §
                                        §
COUNTY OF BEXAR                         §

### AFFIDAVIT OF RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared **JOHN RAMIREZ**, who, being by me duly sworn, deposed as follows:

My name is **JOHN RAMIREZ**. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **METHODIST STONE OAK HOSPITAL** ("Hospital"). Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Hospital provided to **ANTOINE MANSON** on **03/20/2021 TO 03/20/2021.** The attached records are a part of this affidavit.

The attached records are kept by Hospital in the regular course of business, and it was the regular course of business of Hospital for an employee or representative of Hospital, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

Pursuant to Texas Civil Practice & Remedies Code § 18.002(b-1), the services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was **$4,276.82** and the amount currently unpaid but which Hospital has a right to be paid after any adjustments or credits is **$175.00**.

** The amount paid and the amount the Hospital has a right to be paid may change pending potential payment from the patient's health insurance.

Affiant

SWORN TO AND SUBSCRIBED before me on this  21ST  day of  APRIL , 2021.

My commission expires:

  07-18-2023

Notary Public, State of Texas

Printed Name MICHAEL RODRIGUEZ

MICHAEL RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 07-18-2023
Notary ID 129967525

Manson 000001