CAUSE NO. 2021CI18300    **EXHIBIT A1**

## Medical Records Affidavit of
## Methodist Stone Oak Hospital

Records Pertaining to: **Antoine Manson**

BEFORE ME, the undersigned authority, personally appeared _Sheila G Cochran_, who, being by me duly sworn, deposed as follows:

My name is _Sheila G Cochran_. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records that show the services of Methodist Stone Oak Hospital to Antoine Manson as reflected by the medical record(s) of such services attached to this affidavit. The services reflected therein were necessary for the reasonable care and treatment of said patient at the time and place the services were provided.

Attached hereto are _34_ pages of records. The said _34_ pages of records are kept in the regular course of business of Methodist Stone Oak Hospital and it was in the regular course of business for an employee or representative or doctor of the office above with personal knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

_____
AFFIANT

THE STATE OF TEXAS    §
                      §    KNOW ALL MEN BY THESE PRESENTS
COUNTY OF _Bexar_     §

SWORN TO AND SUBSCRIBED to before me on the 7th day of _February_, 2022 for which witness my hand and official seal of office.

CHRISTINA MARIE SAMUJH
Notary Public, State of Texas
Comm. Expires 01-08-2025
Notary ID 132857773

_____
Notary Public, State of Texas