**EXHIBIT A2**

CAUSE NO. 2021CI18300

<u>**RADIOLOGY FILMS AFFIDAVIT**</u>

**Methodist Stone Oak Hospital**

Records Pertaining to **Antoine Manson**:

Type of Records: **radiological films as evidenced on the attached Exhibit "A"**

BEFORE ME, the undersigned authority, personally appeared, _Austen Holton_, who being by me duly sworn, deposed as follows:

"My name is _Austen Holton_. I am of sound mind, over eighteen years of age, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the person in charge of radiology records for: **Methodist Stone Oak Hospital**

"Attached hereto are _____1_____ Films/CDs of **Methodist Stone Oak Hospital**. The said _____ Films/CDs are kept by **Methodist Stone Oak Hospital** in the regular course of business, and it was in the regular course of business of an employee or representative or doctor of the office above with knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The Films/CDs attached hereto are the originals or exact duplicates of the originals."

_____
AFFIANT

THE STATE OF TEXAS §
§          KNOW ALL MEN BY THESE PRESENTS
COUNTY OF _____ §

SWORN TO AND SUBSCRIBED to before me on the _19_ day of _November_, 2021, for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

ASHLEY MARTINEZ
Notary Public, State of Texas
Comm. Expires 10-18-2025
Notary ID 133397466

Manson 000040

# Exhibit "A"

---

### List of Radiological Studies

Records pertaining to:  **Antoine Manson**

| | Type of Radiological Study | Date Taken |
|---|---|---|
| 1. | Thoracic Spine – AP/Lateral | 03/20/2021 |
| 2. | Chest 1 view | 03/20/2021 |
| 3. | CT Cervical Spine | 03/20/2021 |
| 4. | CT Head | 03/20/2021 |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |

Total Number of Studies: __4__

Manson 000041