CAUSE NO. 2021CI18300          **EXHIBIT B**

## Affidavit of Records Custodian of

## Lotus Spine & Pain

Records Pertaining to: **Antoine Manson**

BEFORE ME the undersigned authority, personally appeared ~~Kristie Hatchett~~, who, being by me duly sworn, deposed as follows:

My name is ~~Kristie Hatchett~~. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for Lotus Spine & Pain. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Lotus Spine & Pain provided to Antoine Manson on the dates indicated. The attached records are part of this affidavit.

The attached records are kept by Lotus Spine & Pain in the regular course of business, and it was the regular course of business of Lotus Spine & Pain for an employee or representative of Lotus Spine & Pain, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ _0_ and the amount currently unpaid but which Lotus Spine & Pain has a right to be paid after any adjustments or credits is $ $23,205.00

_____
**AFFIANT**

THE STATE OF TEXAS  §
                    §     KNOW ALL MEN BY THESE PRESENTS
COUNTY OF Bexar     §

SWORN TO AND SUBSCRIBED to before me on the 20th day of January, 2022, for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

MARY ELIZABETH MURPHREE
Notary Public, State of Texas
Comm. Expires 06-10-2025
Notary ID 133149378