CAUSE NO. 2021CI18300          **EXHIBIT B1**

## Medical Records Affidavit of
## Lotus Spine & Pain

Records Pertaining to: <u>Antoine Manson</u>

BEFORE ME, the undersigned authority, personally appeared _Kristen Hatchett_, who, being by me duly sworn, deposed as follows:

My name is _Kristen Hatchett_. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records that show the services of <u>Lotus Spine & Pain</u> to <u>Antoine Manson</u> as reflected by the medical record(s) of such services attached to this affidavit. The services reflected therein were necessary for the reasonable care and treatment of said patient at the time and place the services were provided.

Attached hereto are ___69___ pages of records. The said ___69___ pages of records are kept in the regular course of business of <u>Lotus Spine & Pain</u> and it was in the regular course of business for an employee or representative or doctor of the office above with personal knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

_K Hatchett_
**AFFIANT**

THE STATE OF TEXAS     §
                       §     **KNOW ALL MEN BY THESE PRESENTS**
COUNTY OF _Bexar_      §

SWORN TO AND SUBSCRIBED to before me on the 20th day of _January_, 20_22_, for which witness my hand and official seal of office.

_Mary Ann Murphree_
Notary Public, State of Texas

MARY ELIZABETH MURPHREE
Notary Public, State of Texas
Comm. Expires 06-10-2025
Notary ID 133149378

Manson 000045