CAUSE NO. 2021CI18300    **EXHIBIT C1**

## Medical Records Affidavit of
## Alamo City Pharmacy

Records Pertaining to: **Antoine Manson**

   BEFORE ME, the undersigned authority, personally appeared _Giselle Hernandez_, who, being by me duly sworn, deposed as follows:

   My name is _Giselle Hernandez_. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

   I am the custodian of records that show the services of <u>Alamo City Pharmacy</u> to <u>Antoine Manson</u> as reflected by the medical record(s) of such services attached to this affidavit. The services reflected therein were necessary for the reasonable care and treatment of said patient at the time and place the services were provided.

   Attached hereto are _2_ pages of records. The said _2_ pages of records are kept in the regular course of business of <u>Alamo City Pharmacy</u> and it was in the regular course of business for an employee or representative or doctor of the office above with personal knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

                    _Giselle_
            AFFIANT

THE STATE OF TEXAS §
          §  KNOW ALL MEN BY THESE PRESENTS
COUNTY OF _Bexar_ §

   SWORN TO AND SUBSCRIBED to before me on the _30_ day of _November_, 20 _21_, for which witness my hand and official seal of office.

                     
Notary Public, State of Texas

KRISTY LYN RUBIO
Notary ID
My Commis
Apri