CAUSE NO. _____    **EXHIBIT D**

**Affidavit of Records Custodian of**

**American Health Imaging**

Records Pertaining to: **Antoine Manson**

　　　　BEFORE ME, the undersigned authority, personally appeared __Leticia Tamez_____, who, being by me duly sworn, deposed as follows:

　　　　My name is __Leticia Tamez_____. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

　　　　I am a custodian of records for American Health Imaging. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that American Health Imaging provided to Antoine Manson on the dates indicated. The attached records are part of this affidavit.

　　　　The attached records are kept by American Health Imaging in the regular course of business, and it was the regular course of business of American Health Imaging for an employee or representative of American Health Imaging, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

　　　　The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

　　　　The total amount paid for the services was $ ___0.00_____ and the amount currently unpaid but which American Health Imaging has a right to be paid after any adjustments or credits is $ __6820.00_____.

_____
AFFIANT

THE STATE OF TEXAS　§
　　　　　　　　　　　§　　KNOW ALL MEN BY THESE PRESENTS
COUNTY OF __Bexar__ §

　　　SWORN TO AND SUBSCRIBED to before me on the __7th__ day of __February__ 20_22_ for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

NICOLE ARMIJO
Notary Public, State of Texas
Comm. Expires 12-17-2024
Notary ID 132830221