CAUSE NO. _____    **EXHIBIT D1**

## Medical Records Affidavit of
## American Health Imaging

Records Pertaining to: **Antoine Manson**

BEFORE    ME,    the    undersigned    authority,    personally    appeared
__Leticia Tamez_____, who, being by me duly sworn, deposed as follows:

My name is __Leticia Tamez_____. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records that show the services of <u>American Health Imaging</u> to <u>Antoine Manson</u> as reflected by the medical record(s) of such services attached to this affidavit. The services reflected therein were necessary for the reasonable care and treatment of said patient at the time and place the services were provided.

Attached hereto are ____5____ pages of records. The said ____5____ pages of records are kept in the regular course of business of <u>American Health Imaging</u> and it was in the regular course of business for an employee or representative or doctor of the office above with personal knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

_Leticia Sam_
AFFIANT

THE STATE OF TEXAS    §
                      §    KNOW ALL MEN BY THESE PRESENTS
COUNTY OF Bexar       §

SWORN TO AND SUBSCRIBED to before me on the 7th day of February, 2022, for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

NICOLE ARMIJO
Notary Public, State of Texas
Comm. Expires 12-17-2024
Notary ID 132830221