**EXHIBIT E**

CAUSE NO.

## Affidavit of Records Custodian of
## Results Physiotherapy - Live Oak

Records Pertaining to: **Antoine Manson**

BEFORE    ME,    the    undersigned    authority,    personally    appeared
___Results Physiotherapy___ , who, being by me duly sworn, deposed as follows:

My name is ___Results Physiotherapy___ . I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for Results Physiotherapy - Live Oak. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Results Physiotherapy - Live Oak provided to Antoine Manson on the dates indicated. The attached records are part of this affidavit.

The attached records are kept by Results Physiotherapy - Live Oak in the regular course of business, and it was the regular course of business of Results Physiotherapy - Live Oak for an employee or representative of Results Physiotherapy - Live Oak, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ _0.00_ and the amount currently unpaid but which Results Physiotherapy - Live Oak has a right to be paid after any adjustments or credits is $ _32,84.00. is owed to Medort Billing_

_Donna Sanford_
AFFIANT

THE STATE OF ~~TEXAS~~ TN    §
                              §    KNOW ALL MEN BY THESE PRESENTS
COUNTY OF Williamson    §

SWORN TO AND SUBSCRIBED to before me on the 10th day of Feb. , 2022 for which witness my hand and official seal of office.

_An M. Mai_
Notary Public, State of ~~Texas~~ TN