**EXHIBIT E1**

CAUSE NO.

## Medical Records Affidavit of

## Results Physiotherapy - Live Oak

Records Pertaining to: <u>Antoine Manson</u>

BEFORE    ME,    the    undersigned    authority,    personally    appeared <u>Mary Matthews</u>, who, being by me duly sworn, deposed as follows:

My name is <u>Mary Matthews</u>. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records that show the services of <u>Results Physiotherapy - Live Oak</u> to <u>Antoine Manson</u> as reflected by the medical record(s) of such services attached to this affidavit. The services reflected therein were necessary for the reasonable care and treatment of said patient at the time and place the services were provided.

Attached hereto are ___49___ pages of records. The said ___49___ pages of records are kept in the regular course of business of <u>Results Physiotherapy - Live Oak</u> and it was in the regular course of business for an employee or representative or doctor of the office above with personal knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

*Mary Matthews*
AFFIANT

THE STATE OF ~~TEXAS~~ TN §
§
COUNTY OF Williamson §

KNOW ALL MEN BY THESE PRESENTS

SWORN TO AND SUBSCRIBED to before me on the 20th day of ___August___, 20 21, for which witness my hand and official seal of office.

*Ana M Marino*
Notary Public, State of ~~Texas~~