CAUSE NO. 2021CI18300          **EXHIBIT F**

## Affidavit of Records Custodian of
## Stephen E. Earle, M.D. P.A.

Records Pertaining to: <u>**Antoine Manson**</u>

BEFORE ME, the undersigned authority, personally appeared Dr. <u>Stephen Earle, MD</u> who, being by me duly sworn, deposed as follows:

My name is <u>Dr. Stephen Earle, MD</u> I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for <u>Stephen E. Earle, M.D. P.A.</u>. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that <u>Stephen E. Earle, M.D. P.A.</u> provided to <u>Antoine Manson</u> on the dates indicated. The attached records are part of this affidavit.

The attached records are kept by <u>Stephen E. Earle, M.D. P.A.</u> in the regular course of business, and it was the regular course of business of <u>Stephen E. Earle, M.D. P.A.</u> for an employee or representative of <u>Stephen E. Earle, M.D. P.A.</u>, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ <u>375.00</u> and the amount currently unpaid but which <u>Stephen E. Earle, M.D. P.A.</u> has a right to be paid after any adjustments or credits is $ <u>710.00</u> .

<u>                    AFFIANT                    </u>

THE STATE OF TEXAS     §
                       §
COUNTY OF <u>Bexar</u>     §          KNOW ALL MEN BY THESE PRESENTS

SWORN TO AND SUBSCRIBED to before me on the 23 day of <u>January</u>, 20 22, for which witness my hand and official seal of office.

CHRISTIANA SCHULTZ
My Notary ID # 126692346
Expires January 20, 2025

<u>                    </u>
Notary Public, State of Texas

Manson 000188