CAUSE NO. 2021CI18300    **EXHIBIT F1**

### Medical Records Affidavit of
### Stephen E. Earle, M.D. P.A.

Records Pertaining to: **Antoine Manson**

BEFORE ME, the undersigned authority, personally appeared Dr. Stephen Earle, MD, who, being by me duly sworn, deposed as follows:

My name is **Dr. Stephen Earle, MD**. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records that show the services of Stephen E. Earle, M.D. P.A. to Antoine Manson as reflected by the medical record(s) of such services attached to this affidavit. The services reflected therein were necessary for the reasonable care and treatment of said patient at the time and place the services were provided.

Attached hereto are _____24_____ pages of records. The said _____24_____ pages of records are kept in the regular course of business of Stephen E. Earle, M.D. P.A. and it was in the regular course of business for an employee or representative or doctor of the office above with personal knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

AFFIANT _____

THE STATE OF TEXAS §
§    KNOW ALL MEN BY THESE PRESENTS
COUNTY OF _Bexar_ §

SWORN TO AND SUBSCRIBED to before me on the 23 day of January, 2022, for which witness my hand and official seal of office.

CHRISTIANA SCHULTZ
My Notary ID # 126692346
Expires January 20, 2025

Notary Public, State of Texas