CAUSE NO. 2021CI18300    **EXHIBIT F2**

### RADIOLOGY FILMS AFFIDAVIT

### Stephen E. Earle, MD, PA

Records Pertaining to **Antoine Manson:**

Type of Records: **radiological films as evidenced on the attached Exhibit "A"**

BEFORE ME, the undersigned authority, personally appeared, Dr. Stephen Earle, MD, who being by me duly sworn, deposed as follows:

"My name is Dr. Stephen Earle, MD . I am of sound mind, over eighteen years of age, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the person in charge of radiology records for: **Stephen E. Earle, MD, PA**

"Attached hereto are ___5___ Films/CDs of **Stephen E. Earle, MD, PA.** The said ___5___ Films/CDs are kept by **Stephen E. Earle, MD, PA** in the regular course of business, and it was in the regular course of business of an employee or representative or doctor of the office above with knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The Films/CDs attached hereto are the originals or exact duplicates of the originals."

_____
AFFIANT

| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS |
| COUNTY OF Bexar | § | |

SWORN TO AND SUBSCRIBED to before me on the __24__ day of __January__ , 2022, for which witness my hand and official seal of office.

CHRISTIANA SCHULTZ
My Notary ID # 126692346
Expires January 20, 2025

_____
Notary Public, State of Texas

# Exhibit "A"

---

### List of Radiological Studies

Records pertaining to:   **Antoine Manson**

| | Type of Radiological Study | Date Taken |
|---|---|---|
| 1. | xray cervial spine (2) | 10.19.21 |
| 2. | xray lumbar spine (2) | 10.19.21 |
| 3. | xray pelvis | 10.19.21 |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |

Total Number of Studies: _____5_____

Manson 000216