<span style="color:red">**EXHIBIT D2**</span>

## RADIOLOGY FILMS AFFIDAVIT

Records Pertaining to **Antoine Manson:**

Type of Records:    **Radiological films from 03/20/2021 to the present as evidenced on the attached Exhibit "A"**

BEFORE ME, the undersigned authority, personally appeared, ___Leticia Tamez___,
who being by me duly sworn, deposed as follows:

"My name is ___Leticia Tamez___. I am of sound mind, over eighteen years of age, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the person in charge of radiology records for: ___American Health Imaging___

"Attached hereto are ___1___ Films/CDs of ___Antoine Manson___. The said ___1___ Films/CDs are kept by ___American Health Imaging___ in the regular course of business, and it was in the regular course of business of an employee or representative or doctor of the office above with knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The Films/CDs attached hereto are the originals or exact duplicates of the originals."

_____
AFFIANT

THE STATE OF TEXAS    §
                      §    KNOW ALL MEN BY THESE PRESENTS
COUNTY OF Bexar       §
                      §

SWORN TO AND SUBSCRIBED to before me on the ___24___ day of ___February___, 2022 for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

KERRY O'CONNELL JR
Notary Public, State of Texas
Comm. Expires 03-15-2023
Notary ID 131933381

<span style="color:blue">Manson 000240</span>

# Exhibit "A"

## List of Radiological Studies

Records pertaining to:   **Antoine Manson**

|  | Type of Radiological Study | Date Taken |
|---|---|---|
| 1. | MRI LUMBAR | 04/06/2021 |
| 2. | MRI CERVICAL | 04/26/2021 |
| 3. | MRI BRAIN | 04/19/2021 |
| 4. | MRI LEFT KNEE | 02/18/2022 |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |

Total Number of Studies: _____

Manson 000241