From: Clara Contreras      Fax: 18775131359      To:      Fax: (210) 616-0469      Page: 3 of 6   09/06/2022 11:36 AM

**Exhibit - G1**

CAUSE NO. SA-21-CA-01181-XR

## Affidavit of Records Custodian of
## Dr. Dennis R. Gutzman

Records Pertaining to: **Antoine Manson**

BEFORE ME, the undersigned authority, personally appeared _Dennis Gutzman, M.D._ who, being by me duly sworn, deposed as follows:

My name is _Dennis Gutzman M.D._ . I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for Dr. Dennis R. Gutzman. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Dr. Dennis R. Gutzman provided to Antoine Manson on the dates indicated. The attached records are part of this affidavit.

The attached records are kept by Dr. Dennis R. Gutzman in the regular course of business, and it was the regular course of business of Dr. Dennis R. Gutzman for an employee or representative of Dr. Dennis R. Gutzman, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ _600.00_ and the amount currently unpaid but which Dr. Dennis R. Gutzman has a right to be paid after any adjustments or credits is $ _0_ .

_____
AFFIANT

THE STATE OF TEXAS    §
                      §    KNOW ALL MEN BY THESE PRESENTS
COUNTY OF _Bexar_     §

SWORN TO AND SUBSCRIBED to before me on the _15_ day of _September_, 20_22_ for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

PATRICIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 02-29-2024
Notary ID 128762347

SEP-05-2022  09:28      From:                      ID:front                      Manson 000545
                                                                                Page:003              R=95%