**Exhibit - G2**

CAUSE NO. SA-21-CA-01181-XR

## Medical Records Affidavit of
## Dr. Dennis R. Gutzman

Records Pertaining to: **Antoine Manson**

BEFORE ME, the undersigned authority, personally appeared _Dennis Gutzman, M.D._ who, being by me duly sworn, deposed as follows:

My name is _Dennis Gutzman, M.D._. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records that show the services of Dr. Dennis R. Gutzman to Antoine Manson as reflected by the medical record(s) of such services attached to this affidavit. The services reflected therein were necessary for the reasonable care and treatment of said patient at the time and place the services were provided.

Attached hereto are ___18___ pages of records. The said ___18___ pages of records are kept in the regular course of business of Dr. Dennis R. Gutzman and it was in the regular course of business for an employee or representative or doctor of the office above with personal knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was made at or near the time the acts, events or conditions occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

_____
AFFIANT

THE STATE OF TEXAS § 
                                          §   KNOW ALL MEN BY THESE PRESENTS
COUNTY OF _Bexar_ §

SWORN TO AND SUBSCRIBED to before me on the _15_ day of _September_, 20 _22_ for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

PATRICIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 02-29-2024
Notary ID 128762347