**EXHIBIT C2**

CAUSE NO. SA-21-CA-01181-XR

**Affidavit of Records Custodian of**

**Alamo City Pharmacy**

Records Pertaining to: **Antoine Manson**

BEFORE ME, the undersigned authority, personally appeared _Giselle Hernandez_ who, being by me duly sworn, deposed as follows:

My name is _Giselle Hernandez_. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for Alamo City Pharmacy. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Alamo City Pharmacy provided to Antoine Manson on the dates indicated. The attached records are part of this affidavit.

The attached records are kept by Alamo City Pharmacy in the regular course of business, and it was the regular course of business of Alamo City Pharmacy for an employee or representative of Alamo City Pharmacy, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ ___0___ and the amount currently unpaid but which Alamo City Pharmacy has a right to be paid after any adjustments or credits is $ _$50.00_ .

_____ _Giselle_
AFFIANT

THE STATE OF TEXAS   §
                     §
COUNTY OF _Bexar_    §      KNOW ALL MEN BY THESE PRESENTS

SWORN TO AND SUBSCRIBED to before me on the _10_ day of _November_, 20_22_ for which witness my hand and official seal of office.

_____
Notary Public, State of Texas

KRISTY LYN RUMBO MCCLENDON
Notary ID #133021772
My Commission Expires
April 7, 2025