**EXHIBIT E2**

## AFFIDAVIT OF RECORDS CUSTODIAN
## CONCERNING COST AND NECESSITY OF SERVICES

Before me, the undersigned authority, personally appeared Nicole Keeney who, being by me duly sworn, deposed as follows:

My name is Nicole Keeney. I am of sound mind and capable of making this affidavit. I am a billing records custodian for Results Physiotherapy. Attached to this affidavit are records that provide an itemized statement of the services and the charges for the services that Results Physiotherapy provided to patient Antoine Manson from dates 4-7-21 to 5-4-21. The attached records are a part of this affidavit.

The attached records are kept by Results Physiotherapy in the regular course of business, and it was the regular course of business of Results Physiotherapy for an employee or representative of Results Physiotherapy, with knowledge of the services provided, to make the records or to transmit information to be included in the records. The records were made in the regular course of business at or near the time or reasonably soon after the time the services were provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

This affidavit is provided pursuant to Tex. Civ. Prac. & Rem. Code § 18.001. This concludes my affidavit.

_____Nicole Keeney_____        12/2/2022
Nicole Keeney                      Date

State of Tennessee

County of Hamilton

Sworn to and subscribed before me this ___2___ day of __December__, 20 22

____Megan Davis____
[notary's signature & seal]

My commission expires: ___4/12/26___

MEGAN DAVIS
STATE OF TENNESSEE
NOTARY PUBLIC
HAMILTON COUNTY
MY COMMISSION EXPIRES 4-12-2026

Manson 000722

**EXHIBIT E3**



## Records Certification Affidavit

My name is Patricia Timm. I am the duly authorized Records Custodian for Results Physiotherapy. I am familiar with the manner in which Results Physiotherapy's patient records are created and maintained by virtue of my duties and responsibilities. _39_ pages of Results Physiotherapy medical and billing records for patient _Antoine Manson_ are attached hereto ("the records"). The records are exact duplicates of the original records. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth. The records were kept in the course of regularly conducted business activity and it is the regular practice of the business activity to make the records. This concludes my affidavit.

_Patricia Timm_                                    _12/2/2022_
Patricia Timm                                      Date
Custodian of Records


State of _Tennessee_

County of _Hamilton_

Sworn to and subscribed before me this _2_ day of _December_, 2022.

_Megan Davis_
[notary's signature & seal]

My commission expires: _4/12/26_

MEGAN DAVIS
STATE OF TENNESSEE
NOTARY PUBLIC
HAMILTON COUNTY
MY COMMISSION EXPIRES 4-12-2026

Manson 000724