**EXHIBIT E3**



## Records Certification Affidavit

My name is Patricia Timm. I am the duly authorized Records Custodian for Results Physiotherapy. I am familiar with the manner in which Results Physiotherapy's patient records are created and maintained by virtue of my duties and responsibilities. 39 pages of Results Physiotherapy medical and billing records for patient Antoine Manson are attached hereto ("the records"). The records are exact duplicates of the original records. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth. The records were kept in the course of regularly conducted business activity and it is the regular practice of the business activity to make the records. This concludes my affidavit.

Patricia Timm
Custodian of Records

12/2/2022
Date

State of Tennessee

County of Hamilton

Sworn to and subscribed before me this 2 day of December, 2022.

[notary's signature & seal]

My commission expires: 4/12/26

MEGAN DAVIS
STATE OF TENNESSEE
NOTARY PUBLIC
HAMILTON COUNTY
MY COMMISSION EXPIRES 4-12-2026

Manson 000724