UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTOINE MANSON<br>*PLAINTIFF* | §<br>§<br>§ | |
| VS. | §<br>§ | 5:21-CV-01181-XR |
| B&S TRUCKING OF JACKSON, LLC<br>AND MARIEL A. ARIAS-PADILLA<br>*DEFENDANTS* | §<br>§<br>§ | |

### **DEFENDANTS' AMENDED AND SUPPLEMENTAL PROPOSED DEPOSITION OFFERS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now come Defendants B&S TRUCKING OF JACKSON, LLC and MARIEL A. ARIAS-PADILLA and file their amended and supplemental proposed deposition offers of the witnesses identified below and would respectfully as follows:

### I.

**1. Officer Adam Martinez**

Page 4, lines 10-12

Page 4, line 21 to Page 5, line 17

Page 8, line 2 to Page 9, line 9

Page 9, line 13 to Page 10, line 14

Page 13, line 17 to Page 14, Line 21

Page 19, line 17 to Page 20, line 2

Page 21, line 16 to Page 22, line 17

Page 27, lines 9 to 17

Page 34, lines 8 to 11

Page 40, line 18 to Page 42, line 2

Page 47, line 16 to Page 48, line 13

Page 48, lines 17 to 21

Page 50, line 9 to Page 51, line 8

Page 51, line 16 to Page 52, line 10

Page 57, line 16 to Page 58, line 5

## 2. Dennis Gutzman, M.D.

Page 6, lines 3-5

Page 32, lines 14-20

Page 33, lines 4-5

Page 33, line 12 to Page 34, line 25

Page 38, line 3 to Page 39, line 7

Page 39, line 14 to Page 42, line 11

Page 43, line 21 to Page 44, line 7

Page 44, line 23 to Page 46, line 24

Page 49, lines 19 - 25

Page 50, line 14 to Page 51, line 15

Page 51, line 19 to Page 56, line 12

3. **Irmo Marini, PhD**

Page 51, line 3 to Page 62, line 20

Page 63, line 25 to Page 64, line 4


4. **Russell Gill**

Page 5, lines 22 to 24

Page 7, lines 16 to 21

Page 64, line 18 to Page 66, line 24

Page 75, line 5 to Page 76, line 25

Page 77, line 14 to Page 81, line 15

Page 82, line 2 to Page 87, line 5

Page 87, lines 12-19

Page 88, lines 5 to 14

Page 90, line 5 to Page 96, line 22

Page 120, lines 21 to 25

Page 121, lines 7 to 9

Page 125, line 19 to Page 127, line 4

Page 136, lines 13-25

Page 137, lines 4-7

Page 172, lines 20-23

Page 181, line 1 to Page 184, line 17

Page 187, lines 1-3

Page 187, lines 9-24

Page 188, line 5 to Page 191, line 6

Page 191, line 9 to Page 197, line 1

Page 210, line 1 to Page 221, line 3

Page 221, line 19 to Page 225, line 6

Page 243, lines 16-24

## 5. Bogdan Sieczkowski

Page 4, lines 23-25

Page 5, lines 9-20

Page 6, lines 23-24

Page 7, lines 24-25

Page 10, line 11 to Page 12, line 1

Page 39, line 1 to Page 40, line 10

## 6. John Swiger

Page 4, lines 17-20

Page 42, line 15 to Page 43, line 15

Page 44, line 6 to Page 45, line 25

Page 46, lines 5-12

Page 47, lines 5-10

Page 48, line 8 to Page 49, line 20

Page 52, line 24 to Page 56, line 24

Page 57, line 23 to Page 58, line 3

Page 59, line 6 to Page 60, line 8

**7. <u>C. Stuart Pipkin III, M.D.</u>**

Page 5, line 3 to Page 7, line 9

Page 9, line 19 to Page 12, line 2

Page 12, lines 18 to 23

Page 14, line 7 to Page 18, line 25

Page 20, lines 1 to 3

Page 21, line 10 to Page 24, line 13

Page 25, line 17 to Page 42, line 14

Page 43, line 25 to Page 45, line 5

Page 45, lines 9 to 22

Page 49, line 2 to Page 50, line 16

Page 51, line 21 to Page 61, line 13

Page 62, line 7 to Page 63, line 10

Page 64, line 25 to Page 66, line 25

Page 67, line 10 to Page 68, line 24

Page 73, line 1 to Page 80, line 2

Page 80, line 14 to Page 84, line 19

Page 87, line 22 to Page 88, line 6

Page 88, line 14 to Page 100, line 11

Page 101, line 7 to Page 103, line 22

## 8. Stephen Earle, M.D.

Page 6, lines 20-22

Page 110, lines 3-17

Page 112, lines 4-22

Page 113, line 24 to Page 115, line 18

Page 132, lines 7 to 25

Page 134, line 20 to Page 135, line 23

Page 139, line 9 to Page 139, line 25

Page 146, line 19 to Page 148, line 15

Page 149, lines 2-8

Page 149, lines 19-24

Page 151, lines 5-15

Page 154, lines 11-25

Page 155, lines 2-3

Page 155, lines 5-8

Page 155, lines 10-11

Page 155, lines 13-25

Page 156, lines 3-11

Page 156, line 17 to Page 158, line 20

Page 163, line 16 to Page 164, line 2

Page 229, line 23 to Page 233, line 5

Page 242, line 5 to Page 244, line 4

Page 244, lines 2-4

### 9. Antoine Manson

Page 4, line 15

Page 4, lines 18-20

Page 7, line 2 to Page 13, line 18

Page 14, line 6 to Page 15, line 12

Page 16, line 9 to Page 19, line 8

Page 19, line 23 to Page 24, line 22

Page 25, line 7 to Page 34, line 17

Page 35, line 21 to Page 43, line 2

Page 43, lines 6-25

Page 44, line 17 to Page 49, line 24

Page 52, lines 2-16

Page 52, line 20 to Page 56, line 2

Page 57, line 10 to Page 60, line 21

Page 62, line 21 to Page 64, line 6

Page 65, line 17 to Page 68, line 10

Page 71, line 1 to Page 72, line 3

Page 72, lines 20-24

Page 85, line 6 to Page 92, line 7

Page 93, line 6 to Page 96, line 6

Page 97, line 22 to Page 99, line 17

Page 106, line1 to Page 107, line 13

### 10. Mariel Arias-Padilla (August 6, 2022)

Page 4, lines 19-20

Page 4, line 24 to Page 5, line 1

Page 6, line 20 to Page 7, line 2

Page 7, lines 7-12

Page 8, lines 2-16

Page 10, lines 16-17

Page 12, line 22 to Page 14, line 25

Page 15, line 5 to Page 18, line 25

Page 19, line 8 to Page 20, line 15

Page 25, lines 13-17

Page 31, lines 21-23

Page 39, line 24 to Page 40, line 4

Page 41, line12 to Page 42, line 24

Page 43, lines 5-15

Page 44, lines 18-25

Page 45, lines 1-8

Page 58, lines 3-24

Page 59, lines 2-13

Page 60, line 23 to Page 66, line 25

Page 68, lines 11-20

Page 68, line 25 to Page 70, line 18

Page 78, line 20 to Page 79, line 9

**11. Mariel Arias-Padilla (October 27, 2023)**

Page 7, lines 5-18

Page 12, line 17 to Page 13, line 2

Page 16, lines 4-17

Page 17, line 21 to Page 20 line 13

Page 29, lines 13-25

Page 34, line 22 to Page 35, line 9

Page 56, line 22 to Page 57, line 6

**12. Rodney Ellis**

Page 5, line 1 to Page 7, line 18

Page 10, line 3 to Page 11, line 25

Page 13, lines 5-15

Page 15, line 4 to Page 16, line 7

Page 20, lines 7-24

Page 26, line 11 to Page 28, line 8

Page 28, lines 15-23

Page 30, line 7 to Page 32, line 9

Page 35, lines 3-9

Page 35, line 18 to Page 36, line 6

Page 39, lines 2-9

Page 48, lines 1-16

Page 49, line 1 to Page 50, line 16

Page 51, line 8 to Page 52, line 9

## II.

Defendants reserve the right to supplement or amend their proposed deposition offers. Defendants further reserve the right to offer rebuttal and impeachment deposition testimony.

Respectfully submitted,

/s/ EK

DAVID L. ORTEGA
State Bar No. 00791377
Email: dortega@namanhowell.com
Erik L. Krudop
State Bar No. 24027429
Email: ekrudop@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6353
Facsimile: (210) 731-2953
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via the Court's Case Management/Electronic Case Filing (CM/ECF) system to the following counsel of record on the 26th day of November, 2024:

Michael Jacobellis
Thomas J. Henry Law, PLLC
5711 University Heights Blvd., Ste. 101
San Antonio, Texas 78249
E-mail: mjacobellis@tjhlaw.com
ATTORNEY FOR PLAINTIFF, ANTOINE MANSON

_____
Erik L. Krudop