IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANTOINE MANSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 5:21-CV-1181-XR |
| § | |
| B&S TRUCKING OF JACKSON, LLC; § | |
| JJ&C EXPRESS CORP; and § | |
| MARIEL ARIAS-PADILLA. § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S PAGE/LINE DESIGNATIONS OF DR. JEREMY JONES

4:14   9:10
10:6   11:7

Respectfully submitted,

The Law Offices of Thomas J. Henry

By: _____
Michael Jacobellis
State Bar No. 10515100
5711 University Heights Blvd.
Suite 101
San Antonio, Texas 78249
Telephone: (210)656-1000
Facsimile: (888)956-8001
e-mail: mjacobellis-svc@thomasjhenrylaw.com
***Attorney-in-Charge for Plaintiff***

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on December 2, 2024.

**Via ECF Service:**
David Ortega
e-mail: dortega@namanhowell.com
Erik Krudop
e-mail: ekrudop@namanhowell.com
Naman Howell Smith & Lee
Union Square II
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
210-731-6363
210-875-2910 (Fax)

_____
Michael Jacobellis