IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANTOINE MANSON,<br><br>*Plaintiff*<br><br>v.<br><br>B&S TRUCKING OF JACKSON, LLC;<br>JJ&C EXPRESS CORP; and<br>MARIEL ARIAS-PADILLA,<br><br>*Defendants* | §<br>§<br>§<br>§<br>§   CIVIL NO. 5:21-CV-1181-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S AMENDED DEPOSITION PAGE AND LINE DESIGNATIONS**

NOW COMES Plaintiff Antoine Manson, and hereby files his amended deposition page and line designations of the witnesses identified below and as follows:

1. <u>**Mariel Arias-Padilla – 08/06/2022**</u>

   004:24 – 005:01
   008:02 - 008:19
   010:16 – 010:17
   011:17 – 011:20
   012:22 - 014:04
   015:01 – 015:06
   015:22 – 021:13
   023:12 – 024:22
   025:13 – 026:17
   030:16 – 034:02
   037:02 - 040:04
   041:12 – 042:02
   042:06 – 045:24
   053:12 – 057:12
   058:12 – 059:20
   060:23 – 075:05
   076:15 – 079:01
   079:13 – 079:23
   081:25 – 082:14
   083:12 – 083:22
   084:10 – 084:15

    087:14 – 088:19
    090:03 – 091:14
    091:21 – 092:05
    092:16 – 095:01

2. **Mariel Arias-Padilla – 10/27/2023**

    004:25 – 005:07
    006:14 – 007:18
    008:17 – 010:08
    011:11 – 013:25
    014:15 – 016:20
    017:11 – 019:23
    020:14 – 022:05
    022:09 – 025:08
    028:07 – 036:25
    038:04 – 038:08
    039:22 – 040:11
    041:09 – 042:01
    042:24 – 043:13
    043:17 – 044:07

3. **Bogdan Sieczkowski**

    004:18 - 004:25
    006:02 - 006:03
    006:23 - 006:24
    011:18 - 012:01
    017:04 - 017:12
    017:21 - 018:01
    018:15 - 019:02
    020:05 - 020:07
    020:21 - 020:24
    021:25 - 022:03
    022:25 - 023:05
    025:23 - 026:04
    028:14 - 028:22
    029:02 - 029:17
    030:08 - 030:11
    030:13 - 030:21
    034:03 - 034:06
    034:19 - 035:22
    037:06 - 037:17
    039:01 - 039:02
    041:04 - 041:06
    045:05 - 045:09
    048:18 - 050:23

052:14 - 052:16
058:04 - 058:10
058:23 - 058:25
059:02 - 059:04
059:06 - 059:10
059:14 - 059:19
060:24 - 061:02
062:03 - 062:09
062:18 - 062:22
063:06 - 063:09
063:11 - 063:11
063:17 - 063:22
066:10 - 066:12
066:14 - 066:14
067:01 - 067:02
067:04 - 067:04

4. **Kerry Nelson – 03/17/2023**

004:11 - 012:18
013:01 - 015:03
015:14 - 020:14
020:25 - 021:03
021:19 - 022:09
022:12 - 022:21
031:06 - 034:23
043:18 - 051:21
052:16 - 054:08
054:11 - 054:15
057:04 - 057:09
057:15 - 057:24
058:02 - 058:06
058:09 - 058:11
066:08 - 066:14
068:03 - 068:18
148:15 - 149:12
149:15 - 149:17

5. **Kerry Nelson – 11/16/2023**

004:18 - 012:12
013:07 - 013:22
013:25 - 014:16
014:24 - 015:03
015:06 - 015:14
015:17 - 015:25
016:08 - 016:20

    016:23 - 017:14
    020:03 - 020:06
    020:09 - 022:01
    023:18 - 024:01
    025:05 - 026:18
    028:05 - 028:24
    029:03 - 029:23
    030:01 - 030:02
    030:05 - 030:06
    030:09 - 030:11
    030:14 - 031:10
    031:13 - 031:13
    031:15 - 031:21
    031:24 - 032:16
    032:19 - 032:23
    033:01 - 033:02
    033:05 - 033:11
    033:14 - 033:22
    034:01 - 034:20
    034:23 - 034:24
    035:03 - 035:10
    035:13 - 035:17
    035:20 - 035:21
    035:23 - 036:05
    036:08 - 036:09
    036:12 - 036:17
    042:06 - 045:07
    046:09 - 046:18
    046:23 - 049:20
    050:03 - 050:15

6. **Russell Gill**

    005:12 - 011:21
    013:10 - 020:19
    020:23 - 022:03
    022:05 - 022:22
    023:02 - 024:21
    025:01 - 025:19
    025:21 - 026:24
    027:01 - 027:16
    027:18 - 028:13
    028:16 - 028:18
    028:20 - 029:09
    029:11 - 029:23
    029:25 - 030:05
    030:15 - 038:09

038:12 - 041:11
041:13 - 042:18
042:20 - 043:09
043:11 - 043:16
043:18 - 044:23
044:25 - 045:07
045:09 - 045:23
045:25 - 046:01
046:03 - 046:07
046:09 - 047:01
047:04 - 050:22
050:25 - 051:20
051:23 - 052:03
052:06 - 052:07
052:10 - 052:23
052:25 - 053:03
053:05 - 054:22
054:24 - 055:18
055:21 - 057:14
057:17 - 058:01
058:04 - 058:06
058:09 - 058:16
058:19 - 060:02
060:04 - 062:01
062:04 - 062:16
062:18 - 062:21
062:24 - 062:25
063:10 - 063:20
230:24 - 234:13
234:16 - 234:21
234:24 - 235:03
235:06 - 236:24
237:02 - 237:12
237:16 - 239:18
239:21 - 240:20

7. **Stephen Earle, M.D.**

006:14 - 007:22
007:25 - 008:24
009:01 - 010:14
010:16 - 011:16
011:19 - 011:24
013:01 - 013:12
013:15 - 013:17
013:19 - 014:16

5

014:18 - 014:20
014:22 - 016:03
016:17 - 018:09
018:11 - 018:22
018:25 - 021:13
022:01 - 022:20
022:23 - 023:16
023:21 - 024:12
024:15 - 026:14
026:16 - 027:18
027:20 - 028:11
028:14 - 029:18
029:21 - 029:24
030:01 - 030:05
030:07 - 030:19
031:09 - 031:14
031:16 - 033:09
033:12 - 034:11
034:14 - 035:05
035:07 - 035:18
035:20 - 036:09
036:12 - 037:19
037:22 - 039:22
039:25 - 040:18
040:20 - 041:06
041:09 - 041:19
042:04 - 042:13
042:15 - 043:01
043:06 - 043:10
043:13 - 043:16
043:19 - 044:01
044:03 - 044:10
044:12 - 044:22
045:16 - 046:14
046:16 - 046:19
046:21 - 047:24
048:21 - 049:21
049:23 - 051:04
052:18 - 053:01
053:12 - 056:13
056:16 - 056:18
056:20 - 057:09
057:11 - 057:17
057:19 - 058:22
058:25 - 059:04
059:10 - 059:11

059:16 - 062:19
062:22 - 063:06
063:08 - 063:09
063:11 - 063:24
064:02 - 064:13
064:18 - 065:25
066:02 - 066:19
066:22 - 067:17
067:19 - 068:07
068:09 - 068:23
069:01 - 069:05
069:07 - 069:19
069:22 - 070:18
070:20 - 071:06
071:09 - 071:15
071:18 - 071:22
071:24 - 072:07
072:09 - 073:01
073:06 - 073:10
073:12 - 073:13
073:15 - 073:17
073:19 - 074:01
074:15 - 074:16
074:18 - 074:20
075:02 - 075:04
075:06 - 075:07
075:10 - 075:25
079:13 - 079:23
080:02 - 080:06
080:09 - 080:14
082:14 - 082:21
082:24 - 083:07
083:10 - 084:07
084:11 - 085:15
085:17 - 085:23
086:02 - 086:16
086:18 - 087:03
087:06 - 087:15
087:17 - 087:22
087:24 - 089:23
089:25 - 090:12
090:14 - 090:18
090:20 - 091:08
091:10 - 091:13
091:16 - 092:01
092:09 - 092:12

092:14 - 092:15
092:17 - 092:25
093:02 - 093:05
093:08 - 093:12
093:14 - 093:18
093:20 - 093:25
094:04 - 094:05
094:09 - 094:11
094:13 - 094:19
094:22 - 095:04
095:08 - 095:16
095:18 - 095:24
096:05 - 096:19
096:21 - 097:02
097:05 - 097:07
097:10 - 097:16
097:22 - 098:04
098:06 - 098:09
098:12 - 098:16
098:18 - 098:19
098:21 - 099:07
099:11 - 099:13
099:15 - 099:18
099:20 - 100:07
100:09 - 100:13
102:13 - 102:15
102:17 - 102:18
102:20 - 102:21
102:23 - 103:07
104:10 - 104:12
104:14 - 104:17
104:19 - 105:10
106:04 - 106:15
106:17 - 106:23
106:25 - 107:07
112:23 - 113:20
130:10 - 130:15
131:13 - 131:19
132:01 - 132:02
132:04 - 132:06
133:25 - 134:02
135:08 - 136:04
137:11 - 137:20
138:12 - 138:17
147:07 - 147:12
156:17 - 157:04

157:22 - 158:04
161:02 - 161:04
161:06 - 161:22
162:01 - 162:22
163:04 - 163:06
163:08 - 163:15
194:21 - 194:24
195:01 - 195:03
198:06 - 199:14
210:19 - 211:09
211:18 - 211:25
215:19 - 216:02
216:04 - 217:02
217:14 - 218:03
237:13 - 238:04
238:16 - 239:03
239:06 - 240:11
243:07 - 243:20
247:09 - 248:08
248:23 - 249:16
259:19 - 259:25
264:06 - 264:10
264:12 - 264:16
264:18 - 264:22
264:24 - 265:06
265:09 - 265:12
265:14 - 265:24

8. **Dennis R. Gutzman, M.D.**

005:23 - 010:17
010:20 - 011:16
011:22 - 012:13
012:15 - 012:20
012:22 - 013:02
013:05 - 013:10
013:14 - 014:03
014:05 - 014:07
014:09 - 014:15
014:19 - 014:20
014:22 - 016:18
016:20 - 017:04
017:07 - 017:15
017:17 - 017:21
017:23 - 021:06
021:10 - 022:19
022:23 - 023:07

023:24 - 025:10
026:02 - 026:04
026:06 - 026:09
026:12 - 026:14
026:17 - 026:22
026:25 - 027:12
027:16 - 027:22
027:24 - 028:11
028:16 - 032:01
032:04 - 032:05
032:07 - 032:13
035:01 - 035:12
035:20 - 037:09

9. **Adam Martinez**

004:06 - 004:24
005:04 - 005:13
006:03 - 006:05
006:13 - 006:18
008:02 - 010:10
010:16 - 010:24
011:07 - 012:18
013:09 - 014:09
015:06 - 015:23
016:14 - 019:21
021:03 - 022:23
023:16 - 023:24
024:10 - 024:17
024:20 - 025:01
026:03 - 026:09
026:13 - 026:19
027:09 - 027:21
027:23 - 028:10
028:12 - 028:24
029:05 - 029:23
030:03 - 030:11
031:16 - 031:20
032:01 - 033:20
035:11 - 036:03
036:25 - 037:03
037:13 - 039:01
040:12 - 040:14
045:01 - 046:11
046:15 - 047:03
048:22 - 049:04

   051:16 - 052:12
   053:03 - 054:09
   055:22 - 056:07
   057:12 - 057:04

### 10. <u>Dr. Jeremy Jones</u>

   004:15 - 009:14
   009:24 - 010:02
   010:05 - 010:25
   011:02 - 011:07
   012:02 - 012:07

### 11. <u>Dr. Stuart Pipkin, III</u>

   005:12 - 005:15
   005:21 - 005:23
   005:25 - 007:24
   010:23 - 011:14
   012:18 - 012:23
   016:23 - 017:08
   018:13 - 018:25
   021:10 - 022:24
   025:04 - 025:10
   025:12 - 027:05
   027:19 - 032:14
   032:18 - 033:06
   033:13 - 033:22
   034:15 - 036:06
   038:01 - 041:05
   042:11 - 042:14
   042:24 - 045:22
   046:07 - 047:08
   047:17 - 048:03
   048:08 - 048:12
   049:02 - 049:11
   050:17 - 051:20
   052:15 - 058:12
   060:10 - 062:06
   065:10 - 066:25
   068:25 - 069:23
   075:10 - 076:13
   078:05 - 080:02
   083:09 - 086:17
   105:07 - 107:07

### 12. Rodney Ellis

004:19 - 005:15
014:23 - 014:25
015:02 - 015:03
015:24 - 016:11
016:14 - 016:16
016:19 - 016:23
017:22 - 018:13
018:16 - 019:04
019:07 - 019:16
027:16 - 028:08
028:15 - 029:05
044:06 - 047:14
047:17 - 047:25
055:08 - 056:03
056:05 - 056:06
066:04 - 066:15
066:18 - 067:06
067:10 - 067:19
071:02 - 072:04
072:18 - 072:25

Respectfully submitted,

The Law Offices of Thomas J. Henry

By: /s/ Michael Jacobellis

Michael Jacobellis
State Bar No. 10415100
5711 University Heights Blvd.
Suite 101
San Antonio, Texas 78249
Telephone: (210) 656-1000
Facsimile: (888) 956-8001
*E-mail: mjacobellis-svc@tjhlaw.com
***Attorney-in-Charge for Plaintiff***

*Service by email to this address only

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on December 5, 2024.

*<u>VIA ECF Service</u>*
David Ortega
E-mail: dortega@anamanhowell.com
Erik Krudop
E-mail: ekrudop@namanhowell.com
**NAMAN HOWELL SMITH & LEE**
Union Square II
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
*Attorneys for Defendants B&S Trucking of Jackson, LLC and Mariel A. Arias-Padilla*

_____
Michael Jacobellis